IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01951-PAB-KMT

PATRICK M. HAWKINSON,

     Applicant,

v.

ARISTEDES ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Applicant's letter filed December 31, 2009 (docketed as a motion for order) (# 40) is GRANTED.  The Clerk of Court shall send copies of docket numbers 3, 4, 15, and 36 to Applicant. No further requests for copies of documents will be granted.

Dated: January 5, 2010