IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01951–PAB–KMT

PATRICK M. HAWKINSON,

    Applicant,

v.

ARI ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Bent County District Court shall provide to this court the original written record, including transcripts, of Bent County criminal case no. 04CR11, *People v. Hawkinson*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Bent County District Court by facsimile to **(729) 456-0040** and by regular mail to Clerk of the Bent County District Court, 725 Bent Ave., Las Animas, CO 81054.

    Dated this 19th day of January, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge