FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01951-PAB

PATRICK M. HAWKINSON,

    Applicant,

v.

ARI ZAVARAS and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED January 18, 2012.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01951 PAB

State of Colorado
Sixteenth Judicial District
Bent County Combined Court
Bent County Courthouse
725 Bent Ave.
Las Animas, CO 81054

Patrick M. Hawkinson
# 62702
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

Wendy Jo Ritz - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 1/25/12  .


GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk