**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01951-PAB

PATRICK M. HAWKINSON,

     Applicant,

v.

ARI ZAVARAS and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

     Upon careful examination of the record, it appears that the disposition of the above

captioned case is now final.  It is therefore

     **ORDERED** that the Clerk shall return the State Court Record.


     DATED January 18, 2012.

               BY THE COURT:


                  s/Philip A. Brimmer
                  PHILIP A. BRIMMER
                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01951 PAB

State of Colorado
Sixteenth Judicial District
Bent County Combined Court
Bent County Courthouse
725 Bent Ave.
Las Animas, CO 81054

Patrick M. Hawkinson
# 62702
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

Wendy Jo Ritz - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on ⎽1/25/12⎽⎽.


GREGORY C. LANGHAM, CLERK

By:⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
          Deputy Clerk